IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 06- 61M-MPT |
| DERRICK DIXON, a/k/a Banks | ) |
| Defendant. | ) |

### MOTION AND ORDER TO SEAL FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, moves that the File in this case be sealed until the arrest and apprehension of defendant Derrick Dixon, a/k/a Banks, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant into NCIC.



COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: April 28, 2006

**AND NOW**, to wit, this __28__ day of __April_____, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the File in the above-captioned case be sealed until the arrest and apprehension of Derrick Dixon, a/k/a Banks, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant in NCIC.

Honorable Mary Pat Thynge
United States Magistrate Judge