IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-61M - MPT |
| DERRICK DIXON,<br>a/k/a "Banks" | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Criminal Complaint and the entire file as to the above-captioned defendant.



COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
Assistant United States Attorney

Dated: June 1, 2006

**IT IS SO ORDERED** this ___2___ day of ___June___, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court