Filed in open court 6/7/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| v. | )   Mag. No. 06-61M |
| DERRICK DIXON, | ) |
|     Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_\_    Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_\_    Maximum sentence life imprisonment or death

    \_\_\_\_\_    10+ year drug offense

    \_\_\_\_\_    Felony, with two prior convictions in above categories

    __X__    Serious risk defendant will flee

    \_\_\_\_\_    Serious risk obstruction of justice

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__    Defendant's appearance as required

    _____    Safety of any other person and the community

3. **Time For Detention Hearing.**  The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

DATED this __6th__ day of __June__, 2006.

```
                              COLM F. CONNOLLY
                              United States Attorney

                         BY: /s/ Richard G. Andrews
                              Richard G. Andrews
                              First Assistant U. S. Attorney
```