AO 442(Rev. 12/85) Warrant for Arrest



UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Derrick Dixon, aka "Banks"

**WARRANT FOR ARREST**

CASE NUMBER: 06- 61M - MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Derrick Dixon, a/k/a Banks when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

on February 11, 2006, executing a scheme and artifice to defraud PNC Bank,

in violation of Title __18__ United States Code, Section (s) __1344__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ __No Bail__

United States Magistrate Judge
**District of Delaware**
Title of Issuing Officer

April 28, 2006   Wilmington, DE
Date and Location

*[signature]*
by
Name of Judicial Officer

JUN 8  1 47 PM '06
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE
FILED